

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Lance Steele Wallace,          * From the 29th District Court
                                              of Palo Pinto County
                                              Trial Court No. 16261.

Vs. No. 11-17-00170-CR          * January 5, 2018

The State of Texas,                 * Per Curiam Memorandum Opinion
                                              (Panel consists of: Willson, J.,
                                              Bailey, J., and Wright, S.C.J., sitting
                                              by assignment)

        This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.